**DISMISS; and Opinion Filed February 17, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-00055-CR
No. 05-17-00056-CR

**TIMMIE LEE JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76430-R & F15-76431-R**

## MEMORANDUM OPINION
Before Justices Bridges, Myers, and Brown
Opinion by Justice Brown

Timme Lee Jennings pleaded guilty to two counts of aggravated sexual assault of a child younger than fourteen years of age. Pursuant to plea agreements, the trial court sentenced appellant to twenty years' imprisonment in each case. Appellant waived his right to appeal as part of the agreements. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified both that appellant has no right to appeal the plea bargains and that he waived his right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005).

By letter dated January 25, 2017, we questioned our jurisdiction in light of the above facts. Appellant conceded he waived his right to appeal, and the State agreed.

Accordingly, we dismiss the appeals for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2

170055F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMMIE LEE JENNINGS, Appellant

No. 05-17-00055-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-76430-R.
Opinion delivered by Justice Brown, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 17th day of February, 2017.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMMIE LEE JENNINGS, Appellant

No. 05-17-00056-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-76431-R.
Opinion delivered by Justice Brown, Justices Bridges and Myers participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.


Judgment entered this 17th day of February, 2017.